**Order entered February 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00103-CV

## IN THE INTEREST OF E.D.E.L., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-30070-2020**

## ORDER

Before the Court is court reporter Stephanie M. Hunn's February 22, 2022 request for an extension of time to file the reporter's record. As the record has been filed, we **DENY** the request as moot.

/s/    DAVID J. SCHENCK
        JUSTICE